IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| USA,<br><br>                    Plaintiff,<br><br>  v.<br><br>JOSE ANGEL AYON,<br><br>                    Defendant. | ORDER and NOTICE FOR CHANGE OF PLEA<br><br>CASE NO: 2:21-CR-190 CW |

Defendant in this case is incarcerated at the U.S. Bureau of Prisons, FCI-Florence.

Accordingly, the Court hereby gives notice of the following:

1.      Change of Plea is scheduled for Wednesday, February 9, 2022 at 10:30 a.m. by

Zoom video conference, and scheduled 30 minutes;

2.      JOSE ANGEL AYON's, Offender Number 25774-081, participation in the

hearing is necessary and required; and

3.      The nature of the hearing is Change of Plea .

The Court will email a copy of this order to Carrie Lewis, Correctional Counselor, at

c1lewis@bop.gov, at least seven days in advance of the hearing. The following Zoom video

conference directions have been emailed to counsel and the BOP by Outlook calendar invitation:

Topic: US v. Ayon
Time: Feb 9, 2022 10:30 AM Mountain Time (US and Canada)

Join ZoomGov Meeting
https://www.zoomgov.com/j/1604775494?pwd=RGVUNXkzL3hXZnZkRk55cHpyUlVVUT09

Meeting ID: 160 477 5494
Passcode: COP

If the defendant will be more than 5 minutes late, BOP is directed to immediately email

chambers at utdecf_waddoups@utd.uscourts.gov.


      **IT IS SO ORDERED**

DATED this 27th day of January, 2022.


              BY THE COURT:


              Clark Waddoups
              United States District Judge